UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

FRESH POND PHYSICAL THERAPY PC

    Plaintiff,

v.

DIVISION 1181 A.T.U – NEW YORK WELFARE FUND.,

    Defendant.

Civil Action No.: 2:19-cv-04193-JS-AKT

ORDER

---

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Fresh Pond Physical Therapy PC and Defendant Division 1181 A.T.U – New York Welfare Fund hereby stipulate to the dismissal of this action with prejudice. Each party shall bear its own costs and attorneys' fees.

Dated: February 3, 2020          Respectfully submitted,

/s/ William J. McDonald
William J. McDonald
THE MCDONALD LAW FIRM
222 East Main Street, Suite 212
Smithtown, NY 11787
(631) 256-7850 (tel)
wmcdonald@wmcdonaldlaw.com

*Counsel for Plaintiff*

/s/ Jeffrey S. Swyers
Barry S. Slevin
Jeffrey S. Swyers (*pro hac vice*)
SLEVIN & HART, P.C.
1625 Massachusetts Avenue NW, Suite 450
Washington, DC 20036
(202) 797-8700 (tel)
(202) 234-8231 (fax)
bslevin@slevinhart.com
jswyers@slevinhart.com

*Counsel for Defendant*

The Clerk of Court is directed to mark this case CLOSED.

SO ORDERED:
/s/ JOANNA SEYBERT
Joanna Seybert, USDJ
Dated: Feb. 7, 2020
Central Islip, NY

~~CERTIFICATE OF SERVICE~~